UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
BODNAR CAPITAL MANAGEMENT, LLC,

    Plaintiff,

v.

SUB-URBAN BRANDS, INC.,

    Defendant.
---------------------------------------x

December 3, 2007

07 CIV 10989
BATTS

**Bodnar Capital Management, LLC's Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of Bodnar Capital Management, LLC, which are publicly held:

none - - Bodnar Capital Management, LLC is a privately held company.

Dated:    December 3, 2007

Grayson & Associates, P.C.
Eric D. Grayson, Esq. (EDG 5056)
124 West Putnam Avenue, Second Floor
Greenwich, Connecticut 06830
(203) 622-8100
Attorneys for Plaintiff