**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

BODNAR CAPITAL MANAGEMENT, LLC,

                Plaintiff,

      v.

SUB-URBAN BRANDS, INC.,

                Defendant.

------------------------------------x

07 Civ. 10989 (DAB)

**DEFAULT JUDGMENT**

#08,0692

    This action having been commenced on December 4, 2007, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, SUB-URBAN BRANDS, INC., on December 17, 2007, by mail, and proof of service in the form of an executed Waiver of Service of Summons having been filed on January 7, 2008,

    And the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

    ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $100,000.00, with interest at 10% from July 6, 2006, amounting to $17,123.29, plus costs and disbursements of this action in the amount of $350.00, amounting in all to $117,473.29.

Dated: New York, New York
       March _____, 2008

✓ SO ORDERED:

_Deborah A. Batts_
U.S.D.J
4/23/08
Hon. Judge Deborah A. Batts, U.S.D.J

This document was entered on the docket on

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _4/24/07_

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/2008